enroll in the Life Skills Program or any appropriate training center; and she is not to open or use a checking account when released on parole imposed on December 23, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 10 years for Issuing a Bad Check; credit for 129 days served; plus a recommendation that the Defendant be released to a training Program which would be under the supervision of custodial authorities at the Women's Correctional Facility; and she is not to open or use a checking account when released on parole.

The reason for the amendment is that it will give administration more discretion in properly supervising this woman on parole.

We wish to thank Scott Gratton of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Twentieth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. WILLIAM ISAAC "BILLY" NESS, Defendant.

### DECISION

No. DC-85-70

The application of the above-named defendant for a review of the sentence of 5 years with 1 year suspended for Burglary; plus conditions; Swan River Recommended; credit for 87 days served imposed on December 7, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Les Ocks of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

## JULY 1987 CALENDAR

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. ROBERT EUGENE ORR, Defendant.

## DECISION

No. 6267

The application of the above-named defendant for a review of the sentence for Count I, Sexual Intercourse without Consent; Count III, Theft; to be committed to the custody of the Director of the Dept. of Institutions to be placed at Warm Springs or other appropriate Institution for custody, care and treatment for 20 years, imposed on June 3, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence is amended in the following manner:

1. On the conviction of Sexual Intercourse Without Consent, as alleged in Count I, the sentence shall be twenty (20) years with five (5) suspended.

2. As to the conviction of Theft, set out in the sentence, shall be ten (10) years.

Both sentences shall be served concurrently.

It is the consensus of the Court, with Judge Harkin dissenting, that the sentence should be amended as indicated for the reasons that:

(1) The 20-years sentence imposed does not indicate what portion thereof was applicable to the sex crime and what portion was applicable to the crime of Theft;

(2) It appears that the Defendant did not understand that he was not entitled to "good time" on a sentence to the hospital at Warm Springs; and

(3) The Court's majority notes the Defendant's lack of any prior criminal record, a fact that the sentencing judge may have overlooked. The amended and adjusted sentence in the opinion of the majority seems fair and in a measure corrects an obvious misunderstanding.

HONORABLE DOUGLAS HARKIN DISSENTING: I would affirm the sentence of the trial court. The applicant receive a sentence consistent with his plea bargain. There is no evidence that the sentencing judge did not consider the absence of prior criminal record.

We wish to thank Jeff Payne of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 24th day of July, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, dissenting, Judges.

From: The District Court of the Fourth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. GARY WAYNE CAREY, Defendant.

## DECISION

No. DC-7704

The application of the above-named defendant for a review of the sentence for 2 Counts of Theft, 10 years on each count to be served concurrently; plus credit for 72 days served at the Missoula County Jail; $20.00 surcharge; Recommend Lighthouse Drug Program imposed on March 25, 1987, was fully heard and after a careful consid-